UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| JESSICA GINGRAS and ANGELA C. GIVEN, on behalf of themselves and all others similarly situated,<br>    Plaintiffs | )<br>)<br>)<br>) | |
| v. | )<br>) | Docket No. 1:15-cv-101 |
| JOEL ROSETTE, TED WHITFORD, TIM MCINERNEY,<br>    Defendants | )<br>)<br>)<br>) | |

CONSENTED-TO MOTION TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7(a)(4), Plaintiffs, by their attorneys, respectfully request leave to file their Opposition to Defendants' Motion to Dismiss in excess of the page limitation imposed by the Local Rule.

Local Rule 7(a)(4) requires that a memorandum in opposition to a dispositive motion must not exceed 25 pages without prior leave from the Court. Defendants filed a 30 page motion to dismiss that raised many issues, including subject matter jurisdiction, personal jurisdiction, venue, whether an arbitration clause is enforceable, tribal immunity, the proper scope of *Ex Parte Young*, and whether every claim in the complaint states a claim. Plaintiffs seek leave to file a memorandum that is approximately 40 pages in length in order to adequately address the issues upon which the Motion to Dismiss is based. The issues raised are complex and the Court is likely to benefit from a complete discussion of the issues.

- 2 -

Defendants have consented to the relief sought by this motion.

Dated:     Burlington, Vermont
           August 3, 2015

          */s/ Matthew B. Byrne*
          Matthew B. Byrne, Esq.
          Gravel & Shea PC
          76 St. Paul Street, 7th Floor, P. O. Box 369
          Burlington, VT  05402-0369
          (802) 658-0220
          mbyrne@gravelshea.com
          For Plaintiffs

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -